UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOHNNY JOHNSON, et al.                                                                         PLAINTIFFS

V.                                        CIVIL ACTION NO. 3:23-CV-526-KHJ-MTP

TRAVELERS PERSONAL INSURANCE COMPANY                          DEFENDANT

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment for Defendant. Plaintiffs Johnny and Beth Ann Johnson's claims are dismissed with prejudice. This case is closed.

SO ORDERED AND ADJUDGED, this 30th day of August, 2024.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE